

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2018

No. 04-18-00277-CV

Susan Rebecca **CAMMACK**,
Appellant

v.

**BANK OF AMERICA, N.A.**, Chase Bank, Bank of New York Mellon, Wells Fargo Bank,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 17695B
Honorable Susan Harris, Judge Presiding

# O R D E R

Appellant has two pending appeals before this court: 04-18-00277-CV and 04-18-00278-CV. On May 24, 2018, we notified appellant that a filing fee was due upon the filing of her notice of appeal in this case, 04-18-00277-CV. Although appellant has filed a sworn statement of inability to afford payment of court costs in case 04-18-00278-CV, appellant has not filed such a statement in appeal number 04-18-00277-CV. The filing of a statement in this appeal, 04-18-00277-CV, is necessary to give the opposing parties in this appeal an opportunity to respond.

We hereby order appellant, Susan Rebecca Cammack, by **June 22, 2018**, to (1) pay the filing fee; or (2) provide written proof to this court that she is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from prepaying fees and costs. If appellant fails to respond satisfactorily within the time ordered, this appeal may be dismissed without further notice. See Tex. R. App. P. 5 (providing appellate courts may enforce rule requiring payment of costs "by any order that is just"), 42.3(c) (permitting appellate courts to dismiss an appeal when appellant fails to comply with a court order)

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court